## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

GLENN L. MARTIKEAN,

      Plaintiff,

v.                                  CASE NO. 5:11-cv-00343-MP-CJK

DR. A. GUZMAN, M.D., Clinical
Director, and EDEN ABAD, Mid-
Level Practitioner,

      Defendants.

_____/

# O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 7, 2014. (Doc. 68).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 69.  I have made a de novo review based on those objections.

      Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation (doc. 68) is adopted and incorporated by reference in this order.

2.      Defendants' motions to dismiss (docs. 49, 63) are GRANTED.

3.      The claims against Defendants Abad and Guzman are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

4.      The Clerk is directed to close the file.

**DONE AND ORDERED** this _  26th_ day of August, 2014

_s/Maurice M. Paul_

Maurice M. Paul, Senior District Judge